**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No.  2:17-cv-01171-JGB (KES)                                    Date:  June 14, 2017

Title:  MUHAMMAD JALAL-DEEN AKBAR v. UNITED STATES OF AMERICA, et al.

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**    Order to show cause why First Amended Petition should not be dismissed for failure to prosecute

On February 14, 2017, Petitioner filed a Petition for Writ of Habeas Corpus by a Person in Federal Custody. (Dkt. 1.) On February 21, 2017, the Court dismissed the Petition with leave to amend. (Dkt. 4.)

On April 3, 2017, Petitioner filed a First Amended Petition ("FAP"). (Dkt. 9.) On April 4, 2017, Petitioner filed a request to proceed in forma pauperis ("IFP"). (Dkt. 10.) On April 28, 2017, the Court dismissed the FAP with leave to amend, and denied Petitioner's IFP request without prejudice because he did not attach a Certificate of Authorized Funds and failed to demonstrate indigency. (Dkt. 11.) The Court instructed Petitioner to file a Second Amended Petition and an updated IFP request (or pay the $5.00 filing fee) on or before May 30, 2017. (Id. at 3.) The Court cautioned Petitioner that his failure to timely file a Second Amended Petition could result in a recommendation that the action be dismissed for failure to prosecute. (Id.)

As of the date of this Order, Petitioner has failed to file a Second Amended Petition or an updated IFP request form. **On or before June 30, 2017,** Petitioner is

hereby ordered to file his Second Amended Petition and updated IFP request form (or pay the $5.00 filing fee) or show cause why he failed to meet the prior May 30, 2017 deadline. Petitioner is warned that his failure to comply with this deadline will result in the dismissal of his lawsuit for lack of prosecution.

                                                             Initials of Deputy Clerk <u>JD</u>