O

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUHAMMAD JALAL-DEEN AKBAR,<br><br>    Petitioner,<br><br>    v.<br><br>ERIC D. WILSON, Warden,<br><br>    Respondent. | Case No. 2:17-cv-01171-JGB-KES<br><br>**JUDGMENT** |

    Pursuant to the Court's Order Accepting Report and Recommendation of the United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is GRANTED.

DATED: May 30, 2019

                                                     JESUS G. BERNAL
                                                   UNITED STATES DISTRICT JUDGE